UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 15-06302-GHK (RAO)                                     Date:  May 4, 2016
Title:  National Credit Union Administration Board v. Nadian Corteen Place Apartments, LLC, et al.

Present:     The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | CS-05/04/2016 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|---|---|
| Thomas Caudill, Esq. | n/a |

**Proceedings:**     **ORDER TO SHOW CAUSE**

The case was called and counsel for Plaintiff entered his appearance. Defendant Gerson Schusterman was not present. Counsel for plaintiff stated on the record that he received an electronic communication from Defendant Schusterman on May 3, 2016, in which Defendant Schusterman stated that he would not be present at today's court hearing.

**In light of Defendant Schusterman's failure to appear for today's hearing, IT IS HEREBY ORDERED that Defendant Schusterman is to show cause at a hearing on Tuesday, May 10, 2016, at 10 a.m. in Courtroom F, 9th Floor of the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, California, as to why he should not be held in contempt of court for failing to appear at today's hearing.**

**IT IS FURTHER ORDERED** that a copy of this order is to be physically and electronically mailed to Defendant Schusterman at the following address:

Gerson Schusterman
126 North Fuller Avenue
Los Angeles, CA  90036
gershonsch@gmail.com

Counsel for Plaintiff may appear telephonically at the May 10, 2016 Order to Show Cause hearing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  CV 15-06302-GHK (RAO)                                        Date:  May 4, 2016
Title:  National Credit Union Administration Board v. Nadian Corteen Place Apartments, LLC, et al.

**IT IS SO ORDERED.**

                                                                           :   06
Initials of Preparer           gr