UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 15-06302-GHK (RAO)                              Date:  August 2, 2016
Title:     National Credit Union Administration Board v. Nadian Corteen Place Apartments, LLC, et al.

Present:   The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

           Gay Roberson
           Deputy Clerk                                       Court Reporter / Recorder

      Attorneys Present for Plaintiff:              Attorneys Present for Defendant(s):

           Vincent Bradshaw, Esq.                                    n/a

**Proceedings:**       **ORDER TO SHOW CAUSE**

The case was called and counsel for Plaintiff entered his appearance.  Mark Rosenbaum, registered agent for The Ryzman Foundation, was not present.

On May 26, 2016, the Court ordered Mr. Rosenbaum to appear for a judgment debtor examination to be held in this matter on August 2, 2016 (Dkt. No. 129), and on June 14, 2016, Plaintiff filed proof of service on Mr. Rosenbaum of the Court's order (Dkt. No. 137).

**In light of Mr. Rosenbaum's failure to appear for today's hearing, IT IS HEREBY ORDERED that Mr. Rosenbaum is to show cause at a hearing on Tuesday, August 23, 2016, at 10 a.m. in Courtroom F, 9th Floor of the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, California, as to why he should not be held in contempt of court for failing to appear at today's hearing.**

**IT IS FURTHER ORDERED** that a copy of this order is to be physically and electronically mailed to Mr. Rosenbaum at the following address:

Mark J. Rosenbaum
11400 W. Olympic Blvd., 9th floor
Los Angeles, CA  90064
mrosenbaum@wrslawyers.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-06302-GHK (RAO)                               Date:  August 2, 2016
Title:     National Credit Union Administration Board v. Nadian Corteen Place Apartments, LLC, et al.

    Counsel for Plaintiff may appear telephonically at the August 23, 2016 Order to Show Cause hearing.

**IT IS SO ORDERED.**

                                                :  04
                            Initials of Preparer    gr